UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,                    25 Mag. 2598 2958

                        v.                   TRANSPORTATION ORDER

JAMAL LEVY,
                        Defendant.
-------------------------------------------------X

SARAH L. CAVE, United States Magistrate Judge:

      Upon the application of Richard Rosenberg, counsel for the defendant, pursuant to 18

U.S.C. § 4285, in the above captioned case;

      IT IS HEREBY ORDERED, that the United States Marshals Service furnish Jamal Levy

with funds to cover the cost of a one-way plane ticket between New York, New York and Los

Angeles, California on October 2, 2025 for Mr. Levy's court appearance in the United States

District Court for the Central District of California (Los Angeles) scheduled for Friday, October

3, 2025.

      SO ORDERED.,

Dated: September 25 , 2025
      New York, New York

                                  _____
                                    SARAH L. CAVE
                                    United States Magistrate Judge